```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
     -against-                       :   ORDER  7:20-cr-00170-KMK-1
                                     :
Marc Figueroa                        :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Kenneth M. Karas, United States District Judge:

ORDERED that the defendant's bail be modified from home detention to curfew enforced by location monitoring (hours determined by Pretrial Services). All other release conditions shall remain in effect.

Dated: New York, New York
       March 30, 2020

SO ORDERED

_____
Kenneth M. Karas
United States District Judge